UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| ANDRE R. LEVESQUE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | File No. 1:14-cv-188-jgm |
| | : | |
| JOHN AND JANE DOES OF THE | : | |
| FEDERAL BUREAU OF PRISONS, JOHN | | |
| AND JANE DOES OF NORTHWEST | : | |
| STATE CORRECTIONAL FACILITY | : | |
| SWANTON, VT; JOHN AND JANE DOES | : | |
| OF METROPOLITAN DETENTION | : | |
| CENTER; JOHN AND JANE DOES OF | : | |
| STRAFFORD COUNTY HOUSE OF | : | |
| CORRECTIONS; JOHN AND JANE DOES | : | |
| OF U.S. MARSHALS SERVICE, | : | |
| | : | |
| Defendants. | : | |

## ORDER

The Magistrate Judge's Report and Recommendation was filed May 4, 2015. (Doc. 24.)  After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED.  See 28 U.S.C. § 636(b)(1).

Plaintiff's motion to proceed *in forma pauperis* (Doc. 4) is DENIED under 28 U.S.C. § 1915(g), and this case is DISMISSED WITHOUT PREJUDICE.

It is further certified that any appeal taken *in forma pauperis* from this Order would not be taken in good faith because such an appeal would be frivolous.  See 28 U.S.C. § 1915(a)(3).

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 7th day of July, 2015.

                                            /s/ J. Garvan Murtha
                                            Honorable J. Garvan Murtha
                                            United States District Judge