UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |  |
|---|---|---|
| ANDRE R. LEVESQUE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | File No. 1:14-cv-00188-jgm |
| | : | |
| JOHN AND JANE DOES OF THE | : | |
| FEDERAL BUREAU OF PRISONS; | : | |
| JOHN AND JANE DOES OF NORTHWEST | : | |
| STATE CORRECTIONAL FACILITY | : | |
| SWANTON, VT; JOHN AND JANE DOES | : | |
| OF METROPOLITAN DETENTION AND | : | |
| CORRECTIONAL CENTERS; | : | |
| JOHN AND JANE DOES OF STRAFFORD | : | |
| COUNTY HOUSE OF CORRECTIONS; | : | |
| JOHN AND JANE DOES OF | : | |
| U.S. MARSHALS SERVICE, | : | |
| | : | |
| Defendants. | : | |

## ORDER

The Magistrate Judge's Report and Recommendation was filed September 26, 2016. (Doc. 39.) After de novo review and over objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1).

Plaintiff's Motion for an "Emergency Injunction, Re-Open the Case/Waive Filing Fees, Vacate and/or Compel" (Doc. 38) is denied in all respects.

It is further certified that any appeal taken in forma pauperis from this Order would not be taken in good faith because such an appeal would be frivolous. See 28 U.S.C. § 1915(a)(3).

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 17th day of November, 2016.

                                          /s/ J. Garvan Murtha
                                          Honorable J. Garvan Murtha
                                          United States District Judge